1  RICHARD J. DOREN, SBN 124666
     rdoren@gibsondunn.com
2  HEATHER L. RICHARDSON, SBN 246517
     hrichardson@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
4  Los Angeles, CA  90071-3197
   Telephone: 213.229.7000
5  Facsimile:  213.229.7520

6  Attorneys for Aetna Life Insurance Company

**IT IS SO ORDERED**
*Judge Edward J. Davila*
12/13/2013

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Bay Area Surgical Group, Inc., et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>Aetna Life Insurance Company, et al.,<br><br>         Defendants. | CASE NO. CV13-05430- EJD<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO THE COMPLAINT** |

26  / / /

27  / / /

28  / / /

Plaintiffs Bay Area Surgical Group, Inc., et al., filed this Action against Defendants Aetna Life Insurance Company, et al. ("Defendants") on November 22, 2013. Since November 22, 2013, Plaintiffs have been in the process of serving the over three-hundred named Defendants. To permit Defendants sufficient time to engage counsel and to facilitate coordination of Defendants' responses to the Complaint, Plaintiffs agree that no Defendant need respond to the Complaint before January 10, 2014.

Dated: December 10, 2013

> DARON TOOCH
> KATHERINE M. DRU
> HOOPER, LUNDY & BOOKMAN PC
>
> By: /s/ Katherine M. Dru
>       Katherine M. Dru
>
> Attorneys for Plaintiffs

Dated: December 10, 2013

> RICHARD J. DOREN
> HEATHER L. RICHARDSON
> GIBSON, DUNN & CRUTCHER LLP
>
> By: /s/ Heather L. Richardson
>       Heather L. Richardson
>
> Attorneys for Aetna Life Insurance Company

101643659.1

# CERTIFICATE OF SERVICE

I, Lindie S. Joy, declare as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, California 90071-3197, in said County and State. On December 11, 2013, I served the following document(s):

**STIPULATION TO EXTEND DEADLINE TO RESPOND TO THE COMPLAINT**

☒ **BY CM/ECF Electronic Service:** I caused such document to be served via the Court's (NEF) electronic filing system on all registered parties.

☒ **BY First-Class Mail, Postage Prepaid**: I caused such document to be served via U.S. mail to the following non-CM/ECF participant(s):

**SEE ATTACHED SERVICE LIST.**

I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I am employed in the office of **Heather Richardson**, a member of the bar of this court, and that the foregoing document(s) was (were) printed on recycled paper.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 11, 2013.



Lindie S. Joy

Gibson, Dunn & Crutcher LLP

3

STIPULATION TO EXTEND DEADLINE TO RESPOND TO THE COMPLAINT    CASE NO. CV13-05430- HRL