DARON L. TOOCH (State Bar No. 137269)
KATHERINE M. DRU (State Bar No. 280231)
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
Telephone: (310) 551-8111
Facsimile: (310) 551-8181
E-Mail:    dtooch@health-law.com

Attorneys for Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC, NATIONAL AMBULATORY SURGERY CENTER, LLC, LOS ALTOS SURGERY CENTER, LP, FOREST AMBULATORY SURGICAL ASSOCIATES, LP, and SOAR SURGERY CENTER, LLC



12/13/2013

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC; NATIONAL AMBULATORY SURGERY CENTER, LLC; LOS ALTOS SURGERY CENTER, LP; FOREST AMBULATORY SURGICAL ASSOCIATES, LP; SOAR SURGERY CENTER, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY, *et al.*,<br><br>Defendants. | CASE NO. 13-CV-05430 EJD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 6-1(a))**<br><br>Complaint Filed: November 22, 2013<br><br>Trial Date: None set |

Plaintiffs Bay Area Surgical Group, Inc., Knowles Surgery Center, LLC, National Ambulatory Surgery Center, LLC, Los Altos Surgery Center, LP, Forest Ambulatory Surgical Associates, LP, and SOAR Surgery Center, LLC ("Plaintiffs") and Defendants Tolt LLC, Tolt Technologies Benefit Welfare Plan, and Tolt Service Group (the "Tolt Defendants"), through their undersigned counsel of record, hereby stipulate to extend the date for the Tolt Defendants to answer or otherwise respond to Plaintiffs' initial complaint (the "Complaint") in this matter as follows:

WHEREAS, the Complaint was filed on November 22, 2013;

WHEREAS, the Tolt Defendants were served with the Complaint by personal service on November 26, 2013;

WHEREAS, the Tolt Defendants' deadline to answer or otherwise respond to the Complaint is December 17, 2013;

WHEREAS, the Tolt Defendants have requested an extension of time to answer or otherwise respond to the Complaint;

WHEREAS, Plaintiffs have agreed to extend the time for the Tolt Defendants to answer other otherwise respond to the Complaint until January 10, 2014;

NOW THEREFORE, IT HEREBY IS STIPULATED by and between Plaintiffs and the Tolt Defendants, through their counsel of record, that the deadline for the Tolt Defendants to answer or otherwise respond to the Complaint shall be extended until **January 10, 2014**.

IT IS SO STIPULATED.

DATED: December 12, 2013         HOOPER, LUNDY & BOOKMAN, P.C.

By: _____
KATHERINE M. DRU
Attorneys for Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC, NATIONAL AMBULATORY SURGERY CENTER, LLC, LOS ALTOS SURGERY CENTER, LP, FOREST AMBULATORY SURGICAL ASSOCIATES, LP and SOAR SURGERY CENTER, LLC

DATED: December 12, 2013         RYLEY CARLOCK & APPLEWHITE
JOHN C. LEMASTER
One North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: 602-440-4831
jlemaster@rcalaw.com

and

BARBER LAW GROUP

By: _____
BRYAN M. BARBER
525 University Avenue, Suite 600
Palo Alto, California 94301-1921
Phone: 415.273.2930
Facsimile: 415.273.2940
bbarber@barberlg.com
Attorneys for Defendants TOLT LLC, TOLT TECHNOLOGIES BENEFIT WELFARE PLAN, AND TOLT SERVICE GROUP

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517

1150746.1

2

13-CV-05430 LHK

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 6-1(a))