

12/13/2013

| 1 | DARON L. TOOCH (State Bar No. 137269) |
| 2 | KATHERINE M. DRU (State Bar No. 280231) |
|   | **HOOPER, LUNDY & BOOKMAN, P.C.** |
|   | 1875 Century Park East, Suite 1600 |
| 3 | Los Angeles, California 90067-2517 |
|   | Telephone: (310) 551-8111 |
| 4 | Facsimile: (310) 551-8181 |
|   | E-Mail:    dtooch@health-law.com |

Attorneys for Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC, NATIONAL AMBULATORY SURGERY CENTER, LLC, LOS ALTOS SURGERY CENTER, LP, FOREST AMBULATORY SURGICAL ASSOCIATES, LP, and SOAR SURGERY CENTER, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC; NATIONAL AMBULATORY SURGERY CENTER, LLC; LOS ALTOS SURGERY CENTER, LP; FOREST AMBULATORY SURGICAL ASSOCIATES, LP; SOAR SURGERY CENTER, LLC, | CASE NO. 13-CV-05430 EJD |
|---|---|
| | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 6-1(a))** |
| Plaintiffs, | |
| vs. | Complaint Filed: November 22, 2013 |
| AETNA LIFE INSURANCE COMPANY, *et al.*, | Trial Date: None set |
| Defendants. | |

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111  •  FAX: (310) 551-8181

1150859.1

13-CV-05430 EJD
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 6-1(a))

Plaintiffs Bay Area Surgical Group, Inc., Knowles Surgery Center, LLC, National Ambulatory Surgery Center, LLC, Los Altos Surgery Center, LP, Forest Ambulatory Surgical Associates, LP, and SOAR Surgery Center, LLC ("Plaintiffs") and Defendants Fidelity National Financial, Inc. and Fidelity National Financial, Inc. Welfare Plan (the "Fidelity Defendants"), through their undersigned counsel of record, hereby stipulate to extend the date for the Fidelity Defendants to answer or otherwise respond to Plaintiffs' initial complaint (the "Complaint") in this matter as follows:

WHEREAS, the Complaint was filed on November 22, 2013;

WHEREAS, the Fidelity Defendants were served with the Complaint by personal service on November 25, 2013;

WHEREAS, the Fidelity Defendants' deadline to answer or otherwise respond to the Complaint is December 16, 2013;

WHEREAS, the Fidelity Defendants have requested an extension of time to answer or otherwise respond to the Complaint;

WHEREAS, Plaintiffs have agreed to extend the time for the Fidelity Defendants to answer other otherwise respond to the Complaint until January 10, 2014;

NOW THEREFORE, IT HEREBY IS STIPULATED by and between Plaintiffs and the Fidelity Defendants, through their counsel of record, that the deadline for the Fidelity Defendants to answer or otherwise respond to the Complaint shall be extended until **January 10, 2014**.

IT IS SO STIPULATED.

DATED:  December 12, 2013      HOOPER, LUNDY & BOOKMAN, P.C.

By: _____
KATHERINE M. DRU
Attorneys for Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC, NATIONAL AMBULATORY SURGERY CENTER, LLC, LOS ALTOS SURGERY CENTER, LP, FOREST AMBULATORY SURGICAL ASSOCIATES, LP and SOAR SURGERY CENTER, LLC

DATED:  December 12, 2013      COOLEY LLP
MAZDA K. ANTIA (214963)
ERIN E. GOODSELL (262967)

By: _____/s/ Erin E. Goodsell_____
ERIN E. GOODSELL
Attorneys for Defendants FIDELITY NATIONAL FINANCIAL, INC. and FIDELITY NATIONAL FINANCIAL, INC. WELFARE PLAN

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1150859.1

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 6-1(a))

2

13-CV-05430 LHK