

12/17/2013

DARON L. TOOCH (State Bar No. 137269)
KATHERINE M. DRU (State Bar No. 280231)
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
Telephone: (310) 551-8111
Facsimile: (310) 551-8181
E-Mail:    dtooch@health-law.com

Attorneys for Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC, NATIONAL AMBULATORY SURGERY CENTER, LLC, LOS ALTOS SURGERY CENTER, LP, FOREST AMBULATORY SURGICAL ASSOCIATES, LP, and SOAR SURGERY CENTER, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC; NATIONAL AMBULATORY SURGERY CENTER, LLC; LOS ALTOS SURGERY CENTER, LP; FOREST AMBULATORY SURGICAL ASSOCIATES, LP; SOAR SURGERY CENTER, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> AETNA LIFE INSURANCE COMPANY, *et al.*, <br><br> Defendants. | CASE NO. 13-CV-05430 EJD <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 6-1(a))** <br><br> Complaint Filed: November 22, 2013 <br><br> Trial Date: None set |

Plaintiffs Bay Area Surgical Group, Inc., Knowles Surgery Center, LLC, National Ambulatory Surgery Center, LLC, Los Altos Surgery Center, LP, Forest Ambulatory Surgical Associates, LP, and SOAR Surgery Center, LLC ("Plaintiffs") and Defendants Graebel Companies, Inc. and Graebel Companies, Inc. Health and Welfare Plan, (the "Graebel Defendants"), through their undersigned counsel of record, hereby stipulate to extend the date for the Graebel Defendants to answer or otherwise respond to Plaintiffs' initial complaint (the "Complaint") in this matter as follows:

WHEREAS, the Complaint was filed on November 22, 2013;

WHEREAS, the Graebel Defendants were served with the Complaint by personal service on November 26, 2013;

WHEREAS, the Graebel Defendants' deadline to answer or otherwise respond to the Complaint is December 17, 2013;

WHEREAS, the Graebel Defendants have requested an extension of time to answer or otherwise respond to the Complaint;

WHEREAS, Plaintiffs have agreed to extend the time for the Graebel Defendants to answer other otherwise respond to the Complaint until January 10, 2014;

13-CV-05430 EJD

1150743.1   STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 6-1(a))

NOW THEREFORE, IT HEREBY IS STIPULATED by and between Plaintiffs and the Graebel Defendants, through their counsel of record, that the deadline for the Graebel Defendants to answer or otherwise respond to the Complaint shall be extended until **January 10, 2014**.

IT IS SO STIPULATED.

DATED: December 16, 2013       HOOPER, LUNDY & BOOKMAN, P.C.

By: _____
KATHERINE M. DRU
Attorneys for Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC, NATIONAL AMBULATORY SURGERY CENTER, LLC, LOS ALTOS SURGERY CENTER, LP, FOREST AMBULATORY SURGICAL ASSOCIATES, LP and SOAR SURGERY CENTER, LLC

DATED: December 13, 2013       RUDER WARE, L.L.S.C.

By: _____
KEVIN E. WOLF
Attorneys for Defendants DEFENDANTS GRAEBEL COMPANIES, INC. and GRAEBEL COMPANIES, INC. HEALTH AND WELFARE PLAN