

12/17/2013

DARON L. TOOCH (State Bar No. 137269)
KATHERINE M. DRU (State Bar No. 280231)
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
Telephone: (310) 551-8111
Facsimile: (310) 551-8181
E-Mail:   dtooch@health-law.com

Attorneys for Plaintiffs BAY AREA SURGICAL
GROUP, INC.; KNOWLES SURGERY
CENTER, LLC, NATIONAL AMBULATORY
SURGERY CENTER, LLC, LOS ALTOS
SURGERY CENTER, LP, FOREST
AMBULATORY SURGICAL
ASSOCIATES, LP, and SOAR SURGERY
CENTER, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC; NATIONAL AMBULATORY SURGERY CENTER, LLC; LOS ALTOS SURGERY CENTER, LP; FOREST AMBULATORY SURGICAL ASSOCIATES, LP; SOAR SURGERY CENTER, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> AETNA LIFE INSURANCE COMPANY, *et al.,* <br><br> Defendants. | CASE NO. 13-CV-05430 EJD <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 6-1(a))** <br><br> Complaint Filed: November 22, 2013 <br><br> Trial Date: None set |

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

13-CV-05430  EJD

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1    Plaintiffs Bay Area Surgical Group, Inc., Knowles Surgery Center, LLC, National

2  Ambulatory Surgery Center, LLC, Los Altos Surgery Center, LP, Forest Ambulatory Surgical

3  Associates, LP, and SOAR Surgery Center, LLC ("Plaintiffs") and Defendants NDS Surgical

4  Imaging, LLC and NDS Surgical Imaging, LLC Welfare Benefits Plan (the "NDS Defendants"),

5  through their undersigned counsel of record, hereby stipulate to extend the date for the NDS

6  Defendants to answer or otherwise respond to Plaintiffs' initial complaint (the "Complaint") in

7  this matter as follows:

8

9    WHEREAS, the Complaint was filed on November 22, 2013;

10    WHEREAS, the NDS Defendants were served with the Complaint by personal service on

11 November 25, 2013;

12    WHEREAS, the NDS Defendants' deadline to answer or otherwise respond to the

13 Complaint is December 16, 2013;

14    WHEREAS, the NDS Defendants have requested an extension of time to answer or

15 otherwise respond to the Complaint;

16    WHEREAS, Plaintiffs have agreed to extend the time for the NDS Defendants to answer

17

18 or otherwise respond to the Complaint until January 10, 2014;

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28

13-CV-05430  EJD

NOW THEREFORE, IT HEREBY IS STIPULATED by and between Plaintiffs and the NDS Defendants, through their counsel of record, that the deadline for the NDS Defendants to answer or otherwise respond to the Complaint shall be extended until **January 10, 2014**.

IT IS SO STIPULATED.


DATED:  December 16, 2013          HOOPER, LUNDY & BOOKMAN, P.C.



By:   _____*/s/ Katherine M. Dru*_____
                KATHERINE M. DRU
Attorneys for Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC, NATIONAL AMBULATORY SURGERY CENTER, LLC, LOS ALTOS SURGERY CENTER, LP, FOREST AMBULATORY SURGICAL ASSOCIATES, LP and SOAR SURGERY CENTER, LLC


DATED:  December 16, 2013          LITTLER MENDELSON P.C.



By:   _____*/s/ Eric Bellafronto*_____
                ERIC BELLAFRONTO
Attorneys for Defendants NDS SURGICAL IMAGING LLC and NDS SURGICAL IMAGING, LLC WELFARE BENEFITS PLAN

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1150912.1

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 6-1(a))