| | |
|---|---|
| 1 | DARON L. TOOCH (State Bar No. 137269) |
|   | KATHERINE M. DRU (State Bar No. 280231) |
| 2 | **HOOPER, LUNDY & BOOKMAN, P.C.** |
|   | 1875 Century Park East, Suite 1600 |
| 3 | Los Angeles, California 90067-2517 |
|   | Telephone: (310) 551-8111 |
| 4 | Facsimile: (310) 551-8181 |
|   | E-Mail:   dtooch@health-law.com |



12/18/2013

Attorneys for Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC, NATIONAL AMBULATORY SURGERY CENTER, LLC, LOS ALTOS SURGERY CENTER, LP, FOREST SURGERY CENTER, LP and SOAR SURGERY CENTER, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC; NATIONAL AMBULATORY SURGERY CENTER, LLC; LOS ALTOS SURGERY CENTER, LP; FOREST AMBULATORY SURGICAL ASSOCIATES, LP; SOAR SURGERY CENTER, LLC, | CASE NO. 13-CV-05430 EJD |
| | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT PARAGON BENEFITS** |
| Plaintiffs, | Trial Date:        None Set |
| vs. | |
| AETNA LIFE INSURANCE COMPANY, *et al.*, | |
| Defendants. | |

*IT IS SO ORDERED* — Judge Edward J. Davila

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC; NATIONAL AMBULATORY SURGERY CENTER, LLC; LOS ALTOS SURGERY CENTER, LP; FOREST AMBULATORY SURGICAL ASSOCIATES, LP; and SOAR SURGERY CENTER, LLC, by and through its counsel, voluntarily dismisses without prejudice all causes of action against Defendant PARAGON BENEFITS in the above-captioned action.  This dismissal relates ONLY to PARAGON BENEFITS.

DATED:  December 18, 2013            HOOPER, LUNDY & BOOKMAN, P.C.


By: ___*/s/ Daron L. Tooch*___
     DARON L. TOOCH
Attorneys for Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC, NATIONAL AMBULATORY SURGERY CENTER, LLC, LOS ALTOS SURGERY CENTER, LP, FOREST SURGERY CENTER, LP and SOAR SURGERY CENTER, LLC