CHARLES S. BIRENBAUM (State Bar No. 107894)
GREENBERG TRAURIG, LLP
Four Embarcadero Center, Suite 3000
San Francisco, CA 94111
Telephone: (415) 655-1300
Facsimile: (415) 707-2010
Email: birenbaumc@gtlaw.com

Attorneys for Defendants GLAXOSMITHKLINE, LLC, and
GLAXOSMITHKLINE HEALTH AND WELFARE BENEFITS PLAN

IT IS SO ORDERED
Judge Edward J. Davila
12/20/2013

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC; NATIONAL AMBULATORY SURGERY CENTER, LLC; LOS ALTOS SURGERY CENTER, LP; FOREST AMBULATORY SURGICAL ASSOCIATES, LP; SOAR SURGERY CENTER, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> AETNA LIFE INSURANCE COMPANY, *et al.*, <br><br> Defendants. | CASE NO. 13-CV-05430 EJD <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 6-1(a))** <br><br> Complaint Filed: November 22, 2013 <br><br> Trial Date: None set |

1

Plaintiffs Bay Area Surgical Group, Inc., Knowles Surgery Center, LLC, National Ambulatory Surgery Center, LLC, Los Altos Surgery Center, LP, Forest Ambulatory Surgical Associates, LP, and SOAR Surgery Center, LLC ("Plaintiffs") and Defendants GlaxoSmithKline, LLC, and GlaxoSmithKline Health and Welfare Benefits Plan (the "GSK Defendants"), through their undersigned counsel of record, hereby stipulate to extend the date for the GSK Defendants to answer or otherwise respond to Plaintiffs' initial complaint (the "Complaint") in this matter as follows:

WHEREAS, the Complaint was filed on November 22, 2013;

WHEREAS, the GSK Defendants were served with the Complaint by personal service on November 26, 2013;

WHEREAS, the GSK Defendants' deadline to answer or otherwise respond to the Complaint is December 17, 2013;

WHEREAS, the GSK Defendants have requested an extension of time to answer or otherwise respond to the Complaint;

WHEREAS, Plaintiffs have agreed to extend the time for the GSK Defendants to answer other otherwise respond to the Complaint until January 10, 2014;

NOW THEREFORE, IT HEREBY IS STIPULATED by and between Plaintiffs and the GSK Defendants, through their counsel of record, that the deadline for the GSK Defendants to answer or otherwise respond to the Complaint shall be extended until **January 10, 2014**.

IT IS SO STIPULATED.

DATED: December 19, 2013                HOOPER, LUNDY & BOOKMAN, P.C.

By: _____
KATHERINE M. DRU
Attorneys for Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC, NATIONAL AMBULATORY SURGERY CENTER, LLC, LOS ALTOS SURGERY CENTER, LP, FOREST AMBULATORY SURGICAL ASSOCIATES, LP and SOAR SURGERY CENTER, LLC

DATED: December 19, 2013                GREENBERG TRAURIG, LLP

By: _____
CHARLES S. BIRENBAUM
Attorneys for Defendants GLAXOSMITHKLINE, LLC, and GLAXOSMITHKLINE HEALTH AND WELFARE BENEFITS PLAN

3

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 6-1(a))
Case No.: 13-CV-05430 LHK
SFO 596188391v1