*IT IS SO ORDERED*
*Judge Edward J. Davila*
12/23/2013

MORGAN, LEWIS & BOCKIUS LLP
NICOLE A. DILLER (SBN 154842)
ndiller@morganlewis.com
SACHA M. STEENHOEK (SBN 253743)
ssteenhoek@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel:    415.442.1000
Fax:   415.442.1001

Attorneys for Defendants Facebook, Inc., the Facebook, Inc. Health and Welfare Plan, Jabil Circuit, Inc., the Jabil Circuit, Inc. Health Benefit Plan, Toyota Motor Sales USA, Inc., TE Connectivity Ltd (erroneously sued as Tyco Electronics Corporation), the TE Connectivity Health and Welfare Benefits Plan (erroneously sued as Tyco Electronics Corporation Health and Welfare Plan), and TE Connectivity Networks, Inc.

DARON L. TOOCH (State Bar No. 137269)
dtooch@health-law.com
KATHERINE M. DRU (State Bar No. 280231)
HOOPER, LUNDY & BOOKMAN, P.C.
1875 Century Park East, Suite 1600
Los Angeles, CA 90067-2517
Tel:    310-551-8111
Fax:   310-551-8181

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BAY AREA SURGICAL GROUP, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> AETNA LIFE INSURANCE COMPANY, et al., <br><br> Defendants. | Case No. 5:13-cv-05430 EJD <br><br> **STIPULATION TO EXTEND DEFENDANTS FACEBOOK, INC., FACEBOOK, INC. HEALTH AND WELFARE PLAN, JABIL CIRCUIT, INC., JABIL CIRCUIT, INC. HEALTH BENEFIT PLAN, TOYOTA MOTOR SALES USA, INC., TE CONNECTIVITY LTD (ERRONEOUSLY SUED AS TYCO ELECTRONICS CORPORATION), THE TE CONNECTIVITY HEALTH AND WELFARE BENEFITS PLAN (ERRONEOUSLY SUED AS TYCO ELECTRONICS CORPORATION HEALTH AND WELFARE PLAN), AND TE CONNECTIVITY NETWORK, INC.'S DEADLINE TO RESPOND TO COMPLAINT** <br><br> Judge:      Hon. Edward J. Davila <br> Trial Date: None Set |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24585556.1

1

STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT
CASE NO. 5:13-CV-05430-EJD

1  Plaintiffs Bay Area Surgical Group, Inc., Knowles Surgery Center, LLC, National
2  Ambulatory Surgery Center, LLC, Los Altos Surgery Center, LP, Forest Ambulatory Surgical
3  Associates, LP, and SOAR Surgery Center, LLC, and Defendants Facebook, Inc. and the
4  Facebook, Inc. Health and Welfare Plan (the "Facebook Defendants"), Jabil Circuit, Inc. and the
5  Jabil Circuit, Inc. Health Benefit Plan (the "Jabil Defendants"), Toyota Motor Sales USA, Inc.
6  ("TMS"), TE Connectivity Ltd. (erroneously sued as Tyco Electronics Corporation), the TE
7  Connectivity Health and Welfare Benefits Plan (erroneously sued as Tyco Electronics
8  Corporation Health and Welfare Plan), and TE Connectivity Networks, Inc. (the "TE
9  Defendants"), through their undersigned counsel of record, stipulate to extend the date for the
10 Facebook Defendants, the Jabil Defendants, TMS, and the TE Defendants to answer or otherwise
11 respond to Plaintiffs' initial complaint (the "Complaint") in this matter as follows:

12  WHEREAS, Plaintiffs filed the Complaint on November 22, 2013;

13  WHEREAS, the Facebook Defendants were served with the Complaint by personal
14 service on November 26, 2013;

15  WHEREAS, the Facebook Defendants' original deadline to answer or otherwise respond
16 to the Complaint was December 17, 2013;

17  WHEREAS, the Jabil Defendants were served with the Complaint by personal service on
18 November 25, 2013;

19  WHEREAS, the Jabil Defendants' original deadline to answer or otherwise respond to the
20 Complaint was December 16, 2013;

21  WHEREAS, TMS was served with the Complaint by personal service on November 25,
22 2013;

23  WHEREAS, TMS's original deadline to answer or otherwise respond to the Complaint
24 was December 16, 2013;

25  WHEREAS, the TE Defendants were served with the Complaint by personal service on
26 November 25, 2013;

27  WHEREAS, the TE Defendants' original deadline to answer or otherwise respond to the
28 Complaint was December 16, 2013;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24585556.1

2

STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT
CASE NO. 5:13-CV-05430-EJD

1  WHEREAS, on December 11, 2013, Plaintiffs filed a stipulation with this Court stating that no defendant would be required to respond to the Complaint before January 10, 2014;

WHEREAS, the Facebook Defendants, the Jabil Defendants, TMS, and the TE Defendants have requested an extension of time to answer or otherwise respond to the Complaint;

WHEREAS, Plaintiffs have agreed to extend the time for the Facebook Defendants, the Jabil Defendants, TMS, and the TE Defendants to answer or otherwise respond to the Complaint until January 31, 2014;

WHEREAS, the parties agree that if any of the Facebook Defendants, the Jabil Defendants, TMS or the TE Defendants cease to be represented by Morgan Lewis and instead retains Aetna's counsel of record for representation in this matter, such defendant's deadline to respond to the Complaint will revert to January 10, 2014;

NOW THEREFORE, IT IS STIPULATED by and between Plaintiffs and the Facebook Defendants, the Jabil Defendants, TMS, and the TE Defendants, through their counsel of record, that the deadline for the Facebook Defendants, the Jabil Defendants, TMS, and the TE Defendants to answer or otherwise respond to the Complaint shall be extended until January 31, 2014 provided they retain their current counsel of record through that date.

IT IS SO STIPULATED

Dated: December 20, 2013    MORGAN, LEWIS & BOCKIUS LLP

By /s/ *Nicole Diller*
NICOLE A. DILLER
Attorneys for Defendants Facebook, Inc., the Facebook, Inc. Health and Welfare Plan, Jabil Circuit, Inc., the Jabil Circuit, Inc. Health Benefit Plan, Toyota Motor Sales USA, Inc., TE Connectivity Ltd (erroneously sued as Tyco Electronics Corporation), the TE Connectivity Health and Welfare Benefits Plan (erroneously sued as Tyco Electronics Corporation Health and Welfare Plan), and TE Connectivity Networks, Inc.

Dated: December 20, 2013    HOOPER, LUNDY & BOOKMAN, P.C.

By /s/ *Katherine M. Dru*
(as authorized on 12/20/2013
KATHERINE M. DRU
Attorneys for Plaintiffs

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24585556.1

3

STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT
CASE NO. 5:13-CV-05430-EJD