

IT IS SO ORDERED
Judge Edward J. Davila
12/23/2013

DARON L. TOOCH (State Bar No. 137269)
KATHERINE M. DRU (State Bar No. 280231)
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
Telephone: (310) 551-8111
Facsimile: (310) 551-8181
E-Mail:     dtooch@health-law.com

Attorneys for Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC, NATIONAL AMBULATORY SURGERY CENTER, LLC, LOS ALTOS SURGERY CENTER, LP, FOREST AMBULATORY SURGICAL ASSOCIATES, LP, and SOAR SURGERY CENTER, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC; NATIONAL AMBULATORY SURGERY CENTER, LLC; LOS ALTOS SURGERY CENTER, LP; FOREST AMBULATORY SURGICAL ASSOCIATES, LP; SOAR SURGERY CENTER, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY, *et al.*,<br><br>Defendants. | CASE NO. 13-CV-05430 EJD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 6-1(a))**<br><br>Complaint Filed: November 22, 2013<br><br>Trial Date: None set |

13-CV-05430 EJD
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 6-1(a))

Plaintiffs Bay Area Surgical Group, Inc., Knowles Surgery Center, LLC, National Ambulatory Surgery Center, LLC, Los Altos Surgery Center, LP, Forest Ambulatory Surgical Associates, LP, and SOAR Surgery Center, LLC ("Plaintiffs") and Defendants CorVel Corporation and CorVel Corporation Welfare Benefits Plan. (the "CorVel Defendants"), through their undersigned counsel of record, hereby stipulate to extend the date for the CorVel Defendants to answer or otherwise respond to Plaintiffs' initial complaint (the "Complaint") in this matter as follows:

WHEREAS, the Complaint was filed on November 22, 2013;

WHEREAS, the CorVel Defendants were served with the Complaint by personal service on November 26, 2013;

WHEREAS, the CorVel Defendants' deadline to answer or otherwise respond to the Complaint is December 17, 2013;

WHEREAS, the CorVel Defendants have requested an extension of time to answer or otherwise respond to the Complaint;

WHEREAS, Plaintiffs have agreed to extend the time for the CorVel Defendants to answer or otherwise respond to the Complaint until January 10, 2014;

NOW THEREFORE, IT HEREBY IS STIPULATED by and between Plaintiffs and the CorVel Defendants, through their counsel of record, that the deadline for the CorVel Defendants to answer or otherwise respond to the Complaint shall be extended until **January 10, 2014**.

IT IS SO STIPULATED.

DATED: December 20, 2013       HOOPER, LUNDY & BOOKMAN, P.C.

By: /s/ Katherine Dru
KATHERINE M. DRU
Attorneys for Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC, NATIONAL AMBULATORY SURGERY CENTER, LLC, LOS ALTOS SURGERY CENTER, LP, FOREST AMBULATORY SURGICAL ASSOCIATES, LP and SOAR SURGERY CENTER, LLC

DATED: December 20, 2013       SEDGWICK LLP

By: 
DAVID M. HUMISTON
Attorneys for Defendants CORVEL CORPORATION and CORVEL CORPORATION WELFARE BENEFITS PLAN