DARON L. TOOCH (State Bar No. 137269)
KATHERINE M. DRU (State Bar No. 280231)
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
Telephone: (310) 551-8111
Facsimile: (310) 551-8181
E-Mail:   dtooch@health-law.com

Attorneys for Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC, NATIONAL AMBULATORY SURGERY CENTER, LLC, LOS ALTOS SURGERY CENTER, LP, FOREST SURGERY CENTER, LP and SOAR SURGERY CENTER, LLC



IT IS SO ORDERED
Judge Edward J. Davila
1/9/2014

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC; NATIONAL AMBULATORY SURGERY CENTER, LLC; LOS ALTOS SURGERY CENTER, LP; FOREST AMBULATORY SURGICAL ASSOCIATES, LP; SOAR SURGERY CENTER, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> AETNA LIFE INSURANCE COMPANY, *et al.*, <br><br> Defendants. | CASE NO. 13-CV-05430 EJD <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS TRIDENT MICROSYSTEMS, INC. and TRIDENT MICROSYSTEMS, INC. HEALTH AND WELFARE BENEFIT PLAN** <br><br> Trial Date:         None Set |

13-CV-05430 EJD

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS TRIDENT MICROSYSTEMS, INC. and TRIDENT MICROSYSTEMS, INC. HEALTH AND WELFARE BENEFIT PLAN**

1152421.1

1  PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC; NATIONAL AMBULATORY SURGERY CENTER, LLC; LOS ALTOS SURGERY CENTER, LP; FOREST AMBULATORY SURGICAL ASSOCIATES, LP; and SOAR SURGERY CENTER, LLC, by and through its counsel, voluntarily dismisses with prejudice all causes of action against Defendants TRIDENT MICROSYSTEMS, INC. and TRIDENT MICROSYSTEMS, INC. HEALTH AND WELFARE BENEFIT PLAN in the above-captioned action.  This dismissal relates ONLY to TRIDENT MICROSYSTEMS, INC. and TRIDENT MICROSYSTEMS, INC. HEALTH AND WELFARE BENEFIT PLAN.

DATED:  January 8, 2013

HOOPER, LUNDY & BOOKMAN, P.C.

By:  */s/ Daron L. Tooch*
       DARON L. TOOCH
Attorneys for Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC, NATIONAL AMBULATORY SURGERY CENTER, LLC, LOS ALTOS SURGERY CENTER, LP, FOREST SURGERY CENTER, LP and SOAR SURGERY CENTER, LLC