| | |
|---|---|
| 1 | DARON L. TOOCH (State Bar No. 137269) |
|   | KATHERINE M. DRU (State Bar No. 280231) |
| 2 | **HOOPER, LUNDY & BOOKMAN, P.C.** |
|   | 1875 Century Park East, Suite 1600 |
| 3 | Los Angeles, California 90067-2517 |
|   | Telephone: (310) 551-8111 |
| 4 | Facsimile: (310) 551-8181 |
|   | E-Mail:   dtooch@health-law.com |

Attorneys for Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC, NATIONAL AMBULATORY SURGERY CENTER, LLC, LOS ALTOS SURGERY CENTER, LP, FOREST SURGERY CENTER, LP and SOAR SURGERY CENTER, LLC



IT IS SO ORDERED

Judge Edward J. Davila

2/7/2014

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC; NATIONAL AMBULATORY SURGERY CENTER, LLC; LOS ALTOS SURGERY CENTER, LP; FOREST AMBULATORY SURGICAL ASSOCIATES, LP; SOAR SURGERY CENTER, LLC, | CASE NO. 13-CV-05430 EJD |
| | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CANON ANELVA CORP.** ONLY |
| Plaintiffs, | Trial Date:        None Set |
| vs. | |
| AETNA LIFE INSURANCE COMPANY, *et al.*, | |
| Defendants. | |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC; NATIONAL AMBULATORY SURGERY CENTER, LLC; LOS ALTOS SURGERY CENTER, LP; FOREST AMBULATORY SURGICAL ASSOCIATES, LP; and SOAR SURGERY CENTER, LLC, by and through its counsel, voluntarily dismisses without prejudice all causes of action against Defendant CANON ANELVA CORP. in the above-captioned action. This dismissal relates ONLY to CANON ANELVA CORP.

DATED: February 7, 2014            HOOPER, LUNDY & BOOKMAN, P.C.


By: _/s/ Daron L. Tooch_
DARON L. TOOCH
Attorneys for Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC, NATIONAL AMBULATORY SURGERY CENTER, LLC, LOS ALTOS SURGERY CENTER, LP, FOREST SURGERY CENTER, LP and SOAR SURGERY CENTER, LLC