1 DARON L. TOOCH (State Bar No. 137269)
KATHERINE M. DRU (State Bar No. 280231)
2 **HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
3 Los Angeles, California 90067-2517
Telephone: (310) 551-8111
4 Facsimile: (310) 551-8181
E-Mail:     dtooch@health-law.com
5
Attorneys for Plaintiffs BAY AREA SURGICAL
6 GROUP, INC.; KNOWLES SURGERY
CENTER, LLC, NATIONAL AMBULATORY
7 SURGERY CENTER, LLC, LOS ALTOS
SURGERY CENTER, LP, FOREST
8 SURGERY CENTER, LP and SOAR
SURGERY CENTER, LLC
9



IT IS SO ORDERED

Judge Edward J. Davila

2/12/2014

10              **UNITED STATES DISTRICT COURT**

11    **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

12

| | |
|---|---|
| 13  BAY AREA SURGICAL GROUP, INC.; | CASE NO. 13-CV-05430 EJD |
| 14  KNOWLES SURGERY CENTER, LLC; NATIONAL AMBULATORY SURGERY | **NOTICE OF VOLUNTARY DISMISSAL** |
| CENTER, LLC; LOS ALTOS SURGERY | **OF DEFENDANT PINNACLE BANK, a** |
| 15  CENTER, LP; FOREST AMBULATORY | **California corporation and PINNACLE** |
| SURGICAL ASSOCIATES, LP; SOAR | **BANK** |
| 16  SURGERY CENTER, LLC, | |
| 17          Plaintiffs, | Trial Date:          None Set |
| 18       vs. | |
| 19  AETNA LIFE INSURANCE COMPANY, *et al.,* | |
| 20          Defendants. | |

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111  •  FAX: (310) 551-8181

21

22

23

24

25

26

27

28

                                                                 13-CV-05430 EJD

1    PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

2  Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC;

3  NATIONAL AMBULATORY SURGERY CENTER, LLC; LOS ALTOS SURGERY CENTER,

4  LP; FOREST AMBULATORY SURGICAL ASSOCIATES, LP; and SOAR SURGERY

5  CENTER, LLC, by and through its counsel, voluntarily dismisses without prejudice all causes of

6  action against Defendants PINNACLE BANK, a California corporation and PINNACLE BANK

7  in the above-captioned action.  This dismissal relates ONLY to PINNACLE BANK, a California

8  corporation and PINNACLE BANK.

9

10  DATED:  February 11, 2014              HOOPER, LUNDY & BOOKMAN, P.C.

11

12
                                        By:  _____/s/ Daron L. Tooch_____
13                                             DARON L. TOOCH
                                        Attorneys for Plaintiffs BAY AREA SURGICAL
14                                      GROUP, INC.; KNOWLES SURGERY CENTER,
                                        LLC, NATIONAL AMBULATORY SURGERY
15                                      CENTER, LLC, LOS ALTOS SURGERY CENTER,
                                        LP, FOREST SURGERY CENTER, LP and SOAR
16                                      SURGERY CENTER, LLC

17

18

19

20

21

22

23

24

25

26

27

28

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

**NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT PINNACLE BANK, a California corporation and PINNACLE BANK**

1154693.1