DARON L. TOOCH (State Bar No. 137269)
KATHERINE M. DRU (State Bar No. 280231)
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
Telephone: (310) 551-8111
Facsimile: (310) 551-8181
E-Mail:    dtooch@health-law.com

Attorneys for Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC, NATIONAL AMBULATORY SURGERY CENTER, LLC, LOS ALTOS SURGERY CENTER, LP, FOREST SURGERY CENTER, LP and SOAR SURGERY CENTER, LLC



2/28/2014

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC; NATIONAL AMBULATORY SURGERY CENTER, LLC; LOS ALTOS SURGERY CENTER, LP; FOREST AMBULATORY SURGICAL ASSOCIATES, LP; SOAR SURGERY CENTER, LLC, <br><br>            Plaintiffs, <br><br>        vs. <br><br> AETNA LIFE INSURANCE COMPANY, *et al.*, <br><br>            Defendants. | CASE NO. 13-CV-05430 EJD <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS CHIPOTLE MEXICAN GRILL, INC. and CHIPOTLE MEXICAN GRILL INC. FLEXIBLE BENEFITS PLAN** <br><br> Trial Date:          None Set |

13-CV-05430 EJD

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS CHIPOTLE MEXICAN GRILL, INC. and CHIPOTLE MEXICAN GRILL INC. FLEXIBLE BENEFITS PLAN

1155963.1

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC; NATIONAL AMBULATORY SURGERY CENTER, LLC; LOS ALTOS SURGERY CENTER, LP; FOREST AMBULATORY SURGICAL ASSOCIATES, LP; and SOAR SURGERY CENTER, LLC, by and through its counsel, voluntarily dismisses with prejudice all causes of action against Defendants CHIPOTLE MEXICAN GRILL, INC. and CHIPOTLE MEXICAN GRILL INC. FLEXIBLE BENEFITS PLAN in the above-captioned action.  This dismissal relates ONLY to CHIPOTLE MEXICAN GRILL, INC. and CHIPOTLE MEXICAN GRILL INC. FLEXIBLE BENEFITS PLAN.

DATED:  February 27, 2013          HOOPER, LUNDY & BOOKMAN, P.C.


By:     */s/ Daron L. Tooch*
          DARON L. TOOCH
Attorneys for Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC, NATIONAL AMBULATORY SURGERY CENTER, LLC, LOS ALTOS SURGERY CENTER, LP, FOREST SURGERY CENTER, LP and SOAR SURGERY CENTER, LLC

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1155963.1