DARON L. TOOCH (State Bar No. 137269)
KATHERINE M. DRU (State Bar No. 280231)
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
Telephone: (310) 551-8111
Facsimile: (310) 551-8181
E-Mail:    dtooch@health-law.com

Attorneys for Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC, NATIONAL AMBULATORY SURGERY CENTER, LLC, LOS ALTOS SURGERY CENTER, LP, FOREST SURGERY CENTER, LP and SOAR SURGERY CENTER, LLC



IT IS SO ORDERED
Judge Edward J. Davila
3/6/2014

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC; NATIONAL AMBULATORY SURGERY CENTER, LLC; LOS ALTOS SURGERY CENTER, LP; FOREST AMBULATORY SURGICAL ASSOCIATES, LP; SOAR SURGERY CENTER, LLC,<br><br>    Plaintiffs,<br><br>    vs.<br><br>AETNA LIFE INSURANCE COMPANY, *et al.*,<br><br>    Defendants. | CASE NO. 13-CV-05430 EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS MICROSEMI CORPORATION and MICROSEMI GROUP BENEFITS PLAN**<br><br>Trial Date:          None Set |

1  PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),
2  Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC;
3  NATIONAL AMBULATORY SURGERY CENTER, LLC; LOS ALTOS SURGERY CENTER,
4  LP; FOREST AMBULATORY SURGICAL ASSOCIATES, LP; and SOAR SURGERY
5  CENTER, LLC, by and through its counsel, voluntarily dismisses without prejudice all causes of
6  action against MICROSEMI CORPORATION and MICROSEMI GROUP BENEFITS PLAN in
7  the above-captioned action.  This dismissal relates ONLY to MICROSEMI CORPORATION and
8  MICROSEMI GROUP BENEFITS PLAN.

10 DATED:  March 5, 2014                HOOPER, LUNDY & BOOKMAN, P.C.

By:  */s/ Daron L. Tooch*
DARON L. TOOCH
Attorneys for Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC, NATIONAL AMBULATORY SURGERY CENTER, LLC, LOS ALTOS SURGERY CENTER, LP, FOREST SURGERY CENTER, LP and SOAR SURGERY CENTER, LLC

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1156335.1