

IT IS SO ORDERED

Judge Edward J. Davila

3/6/2014

1   DARON L. TOOCH (State Bar No. 137269)
    KATHERINE M. DRU (State Bar No. 280231)
2   **HOOPER, LUNDY & BOOKMAN, P.C.**
    1875 Century Park East, Suite 1600
3   Los Angeles, California 90067-2517
    Telephone: (310) 551-8111
4   Facsimile: (310) 551-8181
    E-Mail:    dtooch@health-law.com
5
    Attorneys for Plaintiffs BAY AREA SURGICAL
6   GROUP, INC.; KNOWLES SURGERY
    CENTER, LLC, NATIONAL AMBULATORY
7   SURGERY CENTER, LLC, LOS ALTOS
    SURGERY CENTER, LP, FOREST
8   SURGERY CENTER, LP and SOAR
    SURGERY CENTER, LLC
9

10              UNITED STATES DISTRICT COURT

11   NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

12

| | |
|---|---|
| 13  BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC; NATIONAL AMBULATORY SURGERY CENTER, LLC; LOS ALTOS SURGERY CENTER, LP; FOREST AMBULATORY SURGICAL ASSOCIATES, LP; SOAR SURGERY CENTER, LLC, | CASE NO. 13-CV-05430 EJD  **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS WPG AMERICAS, INC. and WPG AMERICAS HEALTH AND WELFARE PLAN**  Trial Date:          None Set |

17              Plaintiffs,

18        vs.

19   AETNA LIFE INSURANCE COMPANY, *et al.*,

20              Defendants.

21

22

23

24

25

26

27

28

13-CV-05430 EJD

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1156359.1

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1    PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

2   Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC;

3   NATIONAL AMBULATORY SURGERY CENTER, LLC; LOS ALTOS SURGERY CENTER,

4   LP; FOREST AMBULATORY SURGICAL ASSOCIATES, LP; and SOAR SURGERY

5   CENTER, LLC, by and through its counsel, voluntarily dismisses without prejudice all causes of

6   action against WPG AMERICAS, INC. and WPG AMERICAS HEALTH AND WELFARE

7   PLAN in the above-captioned action.  This dismissal relates ONLY to WPG AMERICAS, INC.

8   and WPG AMERICAS HEALTH AND WELFARE PLAN.

9

10   DATED:  March 5, 2014                    HOOPER, LUNDY & BOOKMAN, P.C.

11

12
                                            By:    _*/s/ Daron L. Tooch*_
13                                                     DARON L. TOOCH
                                            Attorneys for Plaintiffs BAY AREA SURGICAL
14                                          GROUP, INC.; KNOWLES SURGERY CENTER,
                                            LLC, NATIONAL AMBULATORY SURGERY
15                                          CENTER, LLC, LOS ALTOS SURGERY CENTER,
                                            LP, FOREST SURGERY CENTER, LP and SOAR
16                                          SURGERY CENTER, LLC

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS WPG AMERICAS, INC.
and WPG AMERICAS HEALTH AND WELFARE PLAN**

1156359.1