

IT IS SO ORDERED
Judge Edward J. Davila
3/6/2014

| 1 | DARON L. TOOCH (State Bar No. 137269) |
| | KATHERINE M. DRU (State Bar No. 280231) |
| 2 | **HOOPER, LUNDY & BOOKMAN, P.C.** |
| | 1875 Century Park East, Suite 1600 |
| 3 | Los Angeles, California 90067-2517 |
| | Telephone: (310) 551-8111 |
| 4 | Facsimile: (310) 551-8181 |
| | E-Mail:    dtooch@health-law.com |
| 5 | |
| 6 | Attorneys for Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC, NATIONAL AMBULATORY SURGERY CENTER, LLC, LOS ALTOS SURGERY CENTER, LP, FOREST SURGERY CENTER, LP and SOAR SURGERY CENTER, LLC |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC; NATIONAL AMBULATORY SURGERY CENTER, LLC; LOS ALTOS SURGERY CENTER, LP; FOREST AMBULATORY SURGICAL ASSOCIATES, LP; SOAR SURGERY CENTER, LLC, | CASE NO. 13-CV-05430 EJD |
|---|---|
| | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ZETTA, INC., dba DELAWARE ZETTA** |
| Plaintiffs, | Trial Date:   None Set |
| vs. | |
| AETNA LIFE INSURANCE COMPANY, *et al.*, | |
| Defendants. | |

1156360.1

13-CV-05430 EJD

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ZETTA, INC., dba DELAWARE ZETTA**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC; NATIONAL AMBULATORY SURGERY CENTER, LLC; LOS ALTOS SURGERY CENTER, LP; FOREST AMBULATORY SURGICAL ASSOCIATES, LP; and SOAR SURGERY CENTER, LLC, by and through its counsel, voluntarily dismisses without prejudice all causes of action against ZETTA, INC., dba DELAWARE ZETTA in the above-captioned action. This dismissal relates ONLY to ZETTA, INC., dba DELAWARE ZETTA.

DATED: March 5, 2014             HOOPER, LUNDY & BOOKMAN, P.C.

By: _____/s/ Daron L. Tooch_____
DARON L. TOOCH
Attorneys for Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC, NATIONAL AMBULATORY SURGERY CENTER, LLC, LOS ALTOS SURGERY CENTER, LP, FOREST SURGERY CENTER, LP and SOAR SURGERY CENTER, LLC

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1156360.1

2                                                    13-CV-05430 EJD
**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ZETTA, INC., dba DELAWARE ZETTA**