| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | DARON L. TOOCH (State Bar No. 137269)<br>KATHERINE M. DRU (State Bar No. 280231)<br>**HOOPER, LUNDY & BOOKMAN, P.C.**<br>1875 Century Park East, Suite 1600<br>Los Angeles, California 90067-2517<br>Telephone: (310) 551-8111<br>Facsimile: (310) 551-8181<br>E-Mail:   dtooch@health-law.com<br><br>Attorneys for Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC, NATIONAL AMBULATORY SURGERY CENTER, LLC, LOS ALTOS SURGERY CENTER, LP, FOREST SURGERY CENTER, LP and SOAR SURGERY CENTER, LLC |



IT IS SO ORDERED
Judge Edward J. Davila
3/6/2014

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC; NATIONAL AMBULATORY SURGERY CENTER, LLC; LOS ALTOS SURGERY CENTER, LP; FOREST AMBULATORY SURGICAL ASSOCIATES, LP; SOAR SURGERY CENTER, LLC,<br><br>        Plaintiffs,<br><br>    vs.<br><br>AETNA LIFE INSURANCE COMPANY, *et al.*,<br><br>        Defendants. | CASE NO. 13-CV-05430 EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS DELL INC., DELL, INC., c/o NICKI HUSCHKA and SONICWALL, INC. HEALTH & WELFARE BENEFIT PLAN**<br><br>Trial Date:       None Set |

1156349.1

13-CV-05430 EJD
**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS DELL INC., DELL, INC., c/o NICKI HUSCHKA and SONICWALL, INC. HEALTH & WELFARE BENEFIT PLAN**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC; NATIONAL AMBULATORY SURGERY CENTER, LLC; LOS ALTOS SURGERY CENTER, LP; FOREST AMBULATORY SURGICAL ASSOCIATES, LP; and SOAR SURGERY CENTER, LLC, by and through its counsel, voluntarily dismisses without prejudice all causes of action against DELL INC., DELL, INC., c/o NICKI HUSCHKA and SONICWALL, INC. HEALTH & WELFARE BENEFIT PLAN in the above-captioned action.  This dismissal relates ONLY to DELL INC., DELL, INC., c/o NICKI HUSCHKA and SONICWALL, INC. HEALTH & WELFARE BENEFIT PLAN.

DATED:  March 5, 2014                HOOPER, LUNDY & BOOKMAN, P.C.

By:   */s/ Daron L. Tooch*
       DARON L. TOOCH
Attorneys for Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC, NATIONAL AMBULATORY SURGERY CENTER, LLC, LOS ALTOS SURGERY CENTER, LP, FOREST SURGERY CENTER, LP and SOAR SURGERY CENTER, LLC

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1156349.1

2                                                                         13-CV-05430 EJD
**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS DELL INC., DELL, INC., c/o NICKI HUSCHKA and SONICWALL, INC. HEALTH & WELFARE BENEFIT PLAN**