1  DARON L. TOOCH (State Bar No. 137269)
   KATHERINE M. DRU (State Bar No. 280231)
2  **HOOPER, LUNDY & BOOKMAN, P.C.**
   1875 Century Park East, Suite 1600
3  Los Angeles, California 90067-2517
   Telephone: (310) 551-8111
4  Facsimile: (310) 551-8181
   E-Mail:    dtooch@health-law.com
5
   Attorneys for Plaintiffs BAY AREA SURGICAL
6  GROUP, INC.; KNOWLES SURGERY
   CENTER, LLC, NATIONAL AMBULATORY
7  SURGERY CENTER, LLC, LOS ALTOS
   SURGERY CENTER, LP, FOREST
8  SURGERY CENTER, LP and SOAR
   SURGERY CENTER, LLC



IT IS SO ORDERED

Judge Edward J. Davila

3/6/2014

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC; NATIONAL AMBULATORY SURGERY CENTER, LLC; LOS ALTOS SURGERY CENTER, LP; FOREST AMBULATORY SURGICAL ASSOCIATES, LP; SOAR SURGERY CENTER, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> AETNA LIFE INSURANCE COMPANY, *et al.*, <br><br> Defendants. | CASE NO. 13-CV-05430 EJD <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS CORDEVALLE, L.P. and CORDEVALLE WELFARE BENEFITS PLAN** <br><br> Trial Date:          None Set |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC; NATIONAL AMBULATORY SURGERY CENTER, LLC; LOS ALTOS SURGERY CENTER, LP; FOREST AMBULATORY SURGICAL ASSOCIATES, LP; and SOAR SURGERY CENTER, LLC, by and through its counsel, voluntarily dismisses without prejudice all causes of action against Defendants CORDEVALLE, L.P. and CORDEVALLE WELFARE BENEFITS PLAN in the above-captioned action.  This dismissal relates ONLY to CORDEVALLE, L.P. and CORDEVALLE WELFARE BENEFITS PLAN.

DATED:  March 5, 2014                    HOOPER, LUNDY & BOOKMAN, P.C.

By:  */s/ Daron L. Tooch*
　　　DARON L. TOOCH
Attorneys for Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC, NATIONAL AMBULATORY SURGERY CENTER, LLC, LOS ALTOS SURGERY CENTER, LP, FOREST SURGERY CENTER, LP and SOAR SURGERY CENTER, LLC

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181
1156299.1