1  DARON L. TOOCH (State Bar No. 137269)
   KATHERINE M. DRU (State Bar No. 280231)
2  **HOOPER, LUNDY & BOOKMAN, P.C.**
   1875 Century Park East, Suite 1600
3  Los Angeles, California 90067-2517
   Telephone: (310) 551-8111
4  Facsimile: (310) 551-8181
   E-Mail:    dtooch@health-law.com
5
   Attorneys for Plaintiffs BAY AREA SURGICAL
6  GROUP, INC.; KNOWLES SURGERY
   CENTER, LLC, NATIONAL AMBULATORY
7  SURGERY CENTER, LLC, LOS ALTOS
   SURGERY CENTER, LP, FOREST
8  SURGERY CENTER, LP and SOAR
   SURGERY CENTER, LLC



IT IS SO ORDERED

Judge Edward J. Davila

3/6/2014

9

10                  **UNITED STATES DISTRICT COURT**

11   **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

12

13  BAY AREA SURGICAL GROUP, INC.;          CASE NO. 13-CV-05430 EJD
    KNOWLES SURGERY CENTER, LLC;
14  NATIONAL AMBULATORY SURGERY            **NOTICE OF VOLUNTARY DISMISSAL**
    CENTER, LLC; LOS ALTOS SURGERY         **OF DEFENDANTS TELENAV, INC. and**
15  CENTER, LP; FOREST AMBULATORY          **TELENAV HEALTH AND WELFARE**
    SURGICAL ASSOCIATES, LP; SOAR          **PLAN**
16  SURGERY CENTER, LLC,

17           Plaintiffs,                   Trial Date:        None Set

18       vs.

19  AETNA LIFE INSURANCE COMPANY, *et
    al.*,
20
             Defendants.
21

22

23

24

25

26

27

28
                                                        13-CV-05430 EJD

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS TELENAV, INC.
and TELENAV HEALTH AND WELFARE PLAN**

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1156354.1

1    PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

2   Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC;

3   NATIONAL AMBULATORY SURGERY CENTER, LLC; LOS ALTOS SURGERY CENTER,

4   LP; FOREST AMBULATORY SURGICAL ASSOCIATES, LP; and SOAR SURGERY

5   CENTER, LLC, by and through its counsel, voluntarily dismisses without prejudice all causes of

6   action against TELENAV, INC. and TELENAV HEALTH AND WELFARE PLAN in the above-

7   captioned action.  This dismissal relates ONLY to TELENAV, INC. and TELENAV HEALTH

8   AND WELFARE PLAN.

9

10  DATED:  March 5, 2014                         HOOPER, LUNDY & BOOKMAN, P.C.

11

12                                                      By:      _/s/ Daron L. Tooch_
                                                                 DARON L. TOOCH
13                                                      Attorneys for Plaintiffs BAY AREA SURGICAL
                                                        GROUP, INC.; KNOWLES SURGERY CENTER,
14                                                      LLC, NATIONAL AMBULATORY SURGERY
                                                        CENTER, LLC, LOS ALTOS SURGERY CENTER,
15                                                      LP, FOREST SURGERY CENTER, LP and SOAR
                                                        SURGERY CENTER, LLC
16

17

18

19

20

21

22

23

24

25

26

27

28

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1156354.1

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS TELENAV, INC.
and TELENAV HEALTH AND WELFARE PLAN**