

IT IS SO ORDERED

Judge Edward J. Davila

3/6/2014

1  DARON L. TOOCH (State Bar No. 137269)
   KATHERINE M. DRU (State Bar No. 280231)
2  **HOOPER, LUNDY & BOOKMAN, P.C.**
   1875 Century Park East, Suite 1600
3  Los Angeles, California 90067-2517
   Telephone: (310) 551-8111
4  Facsimile: (310) 551-8181
   E-Mail:    dtooch@health-law.com
5
   Attorneys for Plaintiffs BAY AREA SURGICAL
6  GROUP, INC.; KNOWLES SURGERY
   CENTER, LLC, NATIONAL AMBULATORY
7  SURGERY CENTER, LLC, LOS ALTOS
   SURGERY CENTER, LP, FOREST
8  SURGERY CENTER, LP and SOAR
   SURGERY CENTER, LLC
9

10              **UNITED STATES DISTRICT COURT**

11        **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

12

13  BAY AREA SURGICAL GROUP, INC.;          CASE NO. 13-CV-05430 EJD
    KNOWLES SURGERY CENTER, LLC;
14  NATIONAL AMBULATORY SURGERY            **NOTICE OF VOLUNTARY DISMISSAL**
    CENTER, LLC; LOS ALTOS SURGERY         **OF DEFENDANTS LIVEOPS, INC. and**
15  CENTER, LP; FOREST AMBULATORY          **LIVEOPS, INC. HEALTH AND**
    SURGICAL ASSOCIATES, LP; SOAR          **WELFARE PLAN**
16  SURGERY CENTER, LLC,
                                           Trial Date:          None Set
17            Plaintiffs,

18        vs.

19  AETNA LIFE INSURANCE COMPANY, *et
    al.*,
20
              Defendants.
21

22

23

24

25

26

27

28

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS LIVEOPS, INC.
and LIVEOPS, INC. HEALTH AND WELFARE PLAN**

1156331.1

1    PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

2  Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC;

3  NATIONAL AMBULATORY SURGERY CENTER, LLC; LOS ALTOS SURGERY CENTER,

4  LP; FOREST AMBULATORY SURGICAL ASSOCIATES, LP; and SOAR SURGERY

5  CENTER, LLC, by and through its counsel, voluntarily dismisses without prejudice all causes of

6  action against LIVEOPS, INC. and LIVEOPS, INC. HEALTH AND WELFARE PLAN in the

7  above-captioned action.  This dismissal relates ONLY to LIVEOPS, INC. and LIVEOPS, INC.

8  HEALTH AND WELFARE PLAN.

9

10  DATED:  March 5, 2014                    HOOPER, LUNDY & BOOKMAN, P.C.

11

12                                          By:  _____/s/ Daron L. Tooch_____

13                                              DARON L. TOOCH
                                              Attorneys for Plaintiffs BAY AREA SURGICAL
14                                              GROUP, INC.; KNOWLES SURGERY CENTER,
                                              LLC, NATIONAL AMBULATORY SURGERY
15                                              CENTER, LLC, LOS ALTOS SURGERY CENTER,
                                              LP, FOREST SURGERY CENTER, LP and SOAR
16                                              SURGERY CENTER, LLC

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS LIVEOPS, INC.
and LIVEOPS, INC. HEALTH AND WELFARE PLAN**

1156331.1