

3/6/2014

1  DARON L. TOOCH (State Bar No. 137269)
   KATHERINE M. DRU (State Bar No. 280231)
2  **HOOPER, LUNDY & BOOKMAN, P.C.**
   1875 Century Park East, Suite 1600
3  Los Angeles, California 90067-2517
   Telephone: (310) 551-8111
4  Facsimile: (310) 551-8181
   E-Mail:    dtooch@health-law.com
5
   Attorneys for Plaintiffs BAY AREA SURGICAL
6  GROUP, INC.; KNOWLES SURGERY
   CENTER, LLC, NATIONAL AMBULATORY
7  SURGERY CENTER, LLC, LOS ALTOS
   SURGERY CENTER, LP, FOREST
8  SURGERY CENTER, LP and SOAR
   SURGERY CENTER, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC; NATIONAL AMBULATORY SURGERY CENTER, LLC; LOS ALTOS SURGERY CENTER, LP; FOREST AMBULATORY SURGICAL ASSOCIATES, LP; SOAR SURGERY CENTER, LLC,<br><br>          Plaintiffs,<br><br>     vs.<br><br>AETNA LIFE INSURANCE COMPANY, *et al.*,<br><br>          Defendants. | CASE NO. 13-CV-05430 EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS INFOTECH ENTERPRISES AMERICA, INC. and INFOTECH ENTERPRISES AMERICA, INC. MEDICAL AND DENTAL PLAN**<br><br>Trial Date:          None Set |

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1156320.1

13-CV-05430 EJD

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS INFOTECH ENTERPRISES AMERICA, INC. and INFOTECH ENTERPRISES AMERICA, INC. MEDICAL AND DENTAL PLAN**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC; NATIONAL AMBULATORY SURGERY CENTER, LLC; LOS ALTOS SURGERY CENTER, LP; FOREST AMBULATORY SURGICAL ASSOCIATES, LP; and SOAR SURGERY CENTER, LLC, by and through its counsel, voluntarily dismisses without prejudice all causes of action against INFOTECH ENTERPRISES AMERICA, INC. and INFOTECH ENTERPRISES AMERICA, INC. MEDICAL AND DENTAL PLAN in the above-captioned action.  This dismissal relates ONLY to INFOTECH ENTERPRISES AMERICA, INC. and INFOTECH ENTERPRISES AMERICA, INC. MEDICAL AND DENTAL PLAN.

DATED:  March 5, 2014                         HOOPER, LUNDY & BOOKMAN, P.C.


By:     */s/ Daron L. Tooch*
            DARON L. TOOCH
Attorneys for Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC, NATIONAL AMBULATORY SURGERY CENTER, LLC, LOS ALTOS SURGERY CENTER, LP, FOREST SURGERY CENTER, LP and SOAR SURGERY CENTER, LLC

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111  •  FAX: (310) 551-8181

1156320.1

2                                              13-CV-05430 EJD
**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS INFOTECH ENTERPRISES AMERICA, INC. and INFOTECH ENTERPRISES AMERICA, INC. MEDICAL AND DENTAL PLAN**