

IT IS SO ORDERED

Judge Edward J. Davila

3/6/2014

1  DARON L. TOOCH (State Bar No. 137269)
   KATHERINE M. DRU (State Bar No. 280231)
2  **HOOPER, LUNDY & BOOKMAN, P.C.**
   1875 Century Park East, Suite 1600
3  Los Angeles, California 90067-2517
   Telephone: (310) 551-8111
4  Facsimile: (310) 551-8181
   E-Mail:    dtooch@health-law.com
5
   Attorneys for Plaintiffs BAY AREA SURGICAL
6  GROUP, INC.; KNOWLES SURGERY
   CENTER, LLC, NATIONAL AMBULATORY
7  SURGERY CENTER, LLC, LOS ALTOS
   SURGERY CENTER, LP, FOREST
8  SURGERY CENTER, LP and SOAR
   SURGERY CENTER, LLC
9

10               **UNITED STATES DISTRICT COURT**

11      **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

12

13  BAY AREA SURGICAL GROUP, INC.;          CASE NO. 13-CV-05430 EJD
    KNOWLES SURGERY CENTER, LLC;
14  NATIONAL AMBULATORY SURGERY           **NOTICE OF VOLUNTARY DISMISSAL**
    CENTER, LLC; LOS ALTOS SURGERY        **OF DEFENDANTS ECHELON**
15  CENTER, LP; FOREST AMBULATORY         **CORPORATION and ECHELON**
    SURGICAL ASSOCIATES, LP; SOAR         **EMPLOYEE BENEFIT PLAN**
16  SURGERY CENTER, LLC,
                                          Trial Date:        None Set
17          Plaintiffs,

18      vs.

19  AETNA LIFE INSURANCE COMPANY, *et
    al.*,
20
            Defendants.
21

22

23

24

25

26

27

28

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

13-CV-05430 EJD

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS ECHELON CORPORATION
and ECHELON EMPLOYEE BENEFIT PLAN**

1    PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

2  Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC;

3  NATIONAL AMBULATORY SURGERY CENTER, LLC; LOS ALTOS SURGERY CENTER,

4  LP; FOREST AMBULATORY SURGICAL ASSOCIATES, LP; and SOAR SURGERY

5  CENTER, LLC, by and through its counsel, voluntarily dismisses without prejudice all causes of

6  action against ECHELON CORPORATION and ECHELON EMPLOYEE BENEFIT PLAN in

7  the above-captioned action.  This dismissal relates ONLY to ECHELON CORPORATION and

8  ECHELON EMPLOYEE BENEFIT PLAN.

9

10  DATED:  March 5, 2014                    HOOPER, LUNDY & BOOKMAN, P.C.

11

12                                          By:  _____/s/ Daron L. Tooch_____

13                                               DARON L. TOOCH
                                               Attorneys for Plaintiffs BAY AREA SURGICAL
14                                             GROUP, INC.; KNOWLES SURGERY CENTER,
                                               LLC, NATIONAL AMBULATORY SURGERY
15                                             CENTER, LLC, LOS ALTOS SURGERY CENTER,
                                               LP, FOREST SURGERY CENTER, LP and SOAR
16                                             SURGERY CENTER, LLC

17

18

19

20

21

22

23

24

25

26

27

28

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1156306.1