DARON L. TOOCH (State Bar No. 137269)
KATHERINE M. DRU (State Bar No. 280231)
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
Telephone: (310) 551-8111
Facsimile: (310) 551-8181
E-Mail:    dtooch@health-law.com

Attorneys for Plaintiffs BAY AREA SURGICAL
GROUP, INC.; KNOWLES SURGERY
CENTER, LLC, NATIONAL AMBULATORY
SURGERY CENTER, LLC, LOS ALTOS
SURGERY CENTER, LP, FOREST
SURGERY CENTER, LP and SOAR
SURGERY CENTER, LLC



IT IS SO ORDERED

Judge Edward J. Davila

3/6/2014

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC; NATIONAL AMBULATORY SURGERY CENTER, LLC; LOS ALTOS SURGERY CENTER, LP; FOREST AMBULATORY SURGICAL ASSOCIATES, LP; SOAR SURGERY CENTER, LLC, | CASE NO. 13-CV-05430 EJD **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS BLUE COAT SYSTEMS, INC. and BLUE COAT SYSTEMS, INC. FLEXIBLE BENEFIT PLAN** |
|                     Plaintiffs, |  |
|         vs. | Trial Date:            None Set |
| AETNA LIFE INSURANCE COMPANY, *et al.*, |  |
|                     Defendants. |  |

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

13-CV-05430 EJD

1156290.1

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC; NATIONAL AMBULATORY SURGERY CENTER, LLC; LOS ALTOS SURGERY CENTER, LP; FOREST AMBULATORY SURGICAL ASSOCIATES, LP; and SOAR SURGERY CENTER, LLC, by and through its counsel, voluntarily dismisses without prejudice all causes of action against Defendants BLUE COAT SYSTEMS, INC. and BLUE COAT SYSTEMS, INC. FLEXIBLE BENEFIT PLAN in the above-captioned action.  This dismissal relates ONLY to BLUE COAT SYSTEMS, INC. and BLUE COAT SYSTEMS, INC. FLEXIBLE BENEFIT PLAN.

DATED:  March 5, 2014                    HOOPER, LUNDY & BOOKMAN, P.C.


By:  _____/s/ Daron L. Tooch_____
          DARON L. TOOCH
Attorneys for Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC, NATIONAL AMBULATORY SURGERY CENTER, LLC, LOS ALTOS SURGERY CENTER, LP, FOREST SURGERY CENTER, LP and SOAR SURGERY CENTER, LLC

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS BLUE COAT SYSTEMS, INC. and BLUE COAT SYSTEMS, INC. FLEXIBLE BENEFIT PLAN**

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1156290.1