1  DARON L. TOOCH (State Bar No. 137269)
   KATHERINE M. DRU (State Bar No. 280231)
2  **HOOPER, LUNDY & BOOKMAN, P.C.**
   1875 Century Park East, Suite 1600
3  Los Angeles, California 90067-2517
   Telephone: (310) 551-8111
4  Facsimile: (310) 551-8181
   E-Mail:    dtooch@health-law.com
5
   Attorneys for Plaintiffs BAY AREA SURGICAL
6  GROUP, INC.; KNOWLES SURGERY
   CENTER, LLC, NATIONAL AMBULATORY
7  SURGERY CENTER, LLC, LOS ALTOS
   SURGERY CENTER, LP, FOREST
8  SURGERY CENTER, LP and SOAR
   SURGERY CENTER, LLC



IT IS SO ORDERED
Judge Edward J. Davila
3/13/2014

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC; NATIONAL AMBULATORY SURGERY CENTER, LLC; LOS ALTOS SURGERY CENTER, LP; FOREST AMBULATORY SURGICAL ASSOCIATES, LP; SOAR SURGERY CENTER, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> AETNA LIFE INSURANCE COMPANY, *et al.*, <br><br> Defendants. | CASE NO. 13-CV-05430 EJD <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS ERICSSON TELEVISION, INC. and ERICSSON TELEVISION, INC., EMPLOYEE BENEFIT PACKAGE** <br><br> Trial Date:        None Set |

1156809.1

13-CV-05430 EJD

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS ERICSSON TELEVISION, INC. and ERICSSON TELEVISION, INC., EMPLOYEE BENEFIT PACKAGE**

1  PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),
2  Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC;
3  NATIONAL AMBULATORY SURGERY CENTER, LLC; LOS ALTOS SURGERY CENTER,
4  LP; FOREST AMBULATORY SURGICAL ASSOCIATES, LP; and SOAR SURGERY
5  CENTER, LLC, by and through its counsel, voluntarily dismisses without prejudice all causes of
6  action against ERICSSON TELEVISION, INC. and ERICSSON TELEVISION, INC.,
7  EMPLOYEE BENEFIT PACKAGE in the above-captioned action.  This dismissal relates ONLY
8  to ERICSSON TELEVISION, INC. and ERICSSON TELEVISION, INC., EMPLOYEE
9  BENEFIT PACKAGE.

DATED: March 10, 2014                HOOPER, LUNDY & BOOKMAN, P.C.

By:   */s/ Daron L. Tooch*
         DARON L. TOOCH
Attorneys for Plaintiffs BAY AREA SURGICAL
GROUP, INC.; KNOWLES SURGERY CENTER,
LLC, NATIONAL AMBULATORY SURGERY
CENTER, LLC, LOS ALTOS SURGERY CENTER,
LP, FOREST SURGERY CENTER, LP and SOAR
SURGERY CENTER, LLC