DARON L. TOOCH (State Bar No. 137269)
KATHERINE M. DRU (State Bar No. 280231)
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
Telephone: (310) 551-8111
Facsimile: (310) 551-8181
E-Mail:   dtooch@health-law.com

Attorneys for Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC, NATIONAL AMBULATORY SURGERY CENTER, LLC, LOS ALTOS SURGERY CENTER, LP, FOREST SURGERY CENTER, LP and SOAR SURGERY CENTER, LLC



IT IS SO ORDERED
Judge Edward J. Davila
4/3/2014

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC; NATIONAL AMBULATORY SURGERY CENTER, LLC; LOS ALTOS SURGERY CENTER, LP; FOREST AMBULATORY SURGICAL ASSOCIATES, LP; SOAR SURGERY CENTER, LLC,<br><br>           Plaintiffs,<br><br>     vs.<br><br>AETNA LIFE INSURANCE COMPANY, *et al.*,<br><br>           Defendants. | CASE NO. 13-CV-05430 EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS TOLT, LLC, TOLT SERVICE GROUP and TOLT TECHNOLOGIES BENEFIT WELFARE PLAN**<br><br>Trial Date:         None Set |

13-CV-05430 EJD

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS TOLT, LLC, TOLT SERVICE GROUP and TOLT TECHNOLOGIES BENEFIT WELFARE PLAN**

1158067.1

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC; NATIONAL AMBULATORY SURGERY CENTER, LLC; LOS ALTOS SURGERY CENTER, LP; FOREST AMBULATORY SURGICAL ASSOCIATES, LP; and SOAR SURGERY CENTER, LLC, by and through its counsel, voluntarily dismisses without prejudice all causes of action against TOLT, LLC, TOLT SERVICE GROUP and TOLT TECHNOLOGIES BENEFIT WELFARE PLAN in the above-captioned action.  This dismissal relates ONLY to TOLT, LLC, TOLT SERVICE GROUP and TOLT TECHNOLOGIES BENEFIT WELFARE PLAN.

DATED:  March 28, 2014                     HOOPER, LUNDY & BOOKMAN, P.C.

By: _____*/s/ Daron L. Tooch*_____
DARON L. TOOCH
Attorneys for Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC, NATIONAL AMBULATORY SURGERY CENTER, LLC, LOS ALTOS SURGERY CENTER, LP, FOREST SURGERY CENTER, LP and SOAR SURGERY CENTER, LLC

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1158067.1

2                                       13-CV-05430 EJD
**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS TOLT, LLC,
TOLT SERVICE GROUP and TOLT TECHNOLOGIES BENEFIT WELFARE PLAN**