RICHARD J. DOREN, SBN 124666
   rdoren@gibsondunn.com
HEATHER L. RICHARDSON, SBN 246517
   hrichardson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendants,
Aetna Life Insurance Company, et al.

IT IS SO ORDERED
Judge Edward J. Davila
5/5/2014

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Bay Area Surgical Group, Inc., et al.,<br><br>            Plaintiffs,<br><br>   v.<br><br>Aetna Life Insurance Company, et al.,<br><br>            Defendants. | CASE NO. CV13-05430-EJD<br><br>**STIPULATION REGARDING DISMISSAL OF FULLY-INSURED PLANS AND CLAIMS WITH PREJUDICE**<br><br>Judge:    Hon. Edward J. Davila<br><br>Trial Date:  None Set |

/ / /

/ / /

/ / /

STIPULATION REGARDING DISMISSAL OF FULLY-INSURED CLAIMS WITH PREJUDICE     CASE NO. CV13-05430- EJD

*Whereas*, Plaintiffs Bay Area Surgical Group, Inc., et al. ("Plaintiffs") have informed Defendant Aetna Life Insurance Company and the Court that they intend to only pursue legal and equitable claims related to ERISA-governed self-funded plans in this action the ("Federal Action"), and pursue all legal and equitable claims related to fully-insured plans in the pending state action (the "State Action"), referred to in Aetna's motion to stay (DKT Nos. 329, 641);

*Whereas*, Plaintiffs have dismissed without prejudice from the Federal Action plan sponsor defendants that sponsored fully-insured health plans;

*Whereas*, Aetna and Cross-Complainants in the State Action have stipulated to an amendment of the Cross-Complaint in the State Action to include solely claims for benefits arising under fully-insured plans;

*Whereas*, in light of Plaintiffs' election to pursue legal and equitable claims related to fully-insured plans solely in the State Action, Plaintiffs have agreed to dismiss *with prejudice* from the Federal Action:

(1) plan sponsor defendants that Aetna has identified as sponsors of fully-insured plans and for which Aetna has produced documentation showing the fully-insured nature of those plans, including ADP Totalsource, Inc., Al-Razaq Enterprises Group Incorporated, Avidex Industries, L.L.C., Barracuda Networks, Inc., Blue Coat Systems, Inc., Bonhams & Butterfields Auctioneers Corporation, Bridge Capital Holdings, Cadence Design Systems, Inc., Canon Anelva Corp., Cepheid, CordeValle L.P., Dell Inc., Duran & Venables, Inc., Dynamic Details Design, LLC., Echelon Corporation, Emulex Corporation, Encore Industries, Ericsson Television, Inc., Farmers Insurance Company, Inc., GCA Services Group, Inc., Hathaway Dinwiddie Construction Company, HGST, Inc., Infotech Enterprises America, Inc., Innovion Corporation, Intevac, Inc., K.R. Anderson, Inc., LiveOps, Inc., Luminex Corporation, LVI Services, Inc., Microsemi Corporation, Natus Medical Incorporated, NDS Surgical Imaging LLC, Oasis Outsourcing Holdings, Inc., Opticomp Corporation, Pinnacle Bank, Pole to Win America, Semtech Corp., SRI International, Telenav, Inc., Tolt, LLC, Vitesse Semiconductor Corporation, WPG Americas, Inc., Zetta, Inc., dba Delaware Zetta, which were previously dismissed without prejudice; and

1

(2) any legal and equitable claims asserted against Aetna or other plan sponsor defendants insofar as they relate to claims for benefits made under any plan that Aetna identifies as being fully-insured.

DATED: April 30, 2014

DARON TOOCH
KATHERINE M. DRU
HOOPER, LUNDY & BOOKMAN LLP

By:  /s/ Katherine M. Dru
    Daron L. Tooch, SBN 137269
     dtooch@health-law.com

    Katherine M. Dru, SBN 280231
     kdru@health-law.com

Attorneys for Plaintiffs Bay Area Surgical Group, Inc., et al.

DATED: April 30, 2014

RICHARD J. DOREN
HEATHER L. RICHARDSON
GIBSON, DUNN & CRUTCHER LLP

By:  /s/ Heather L. Richardson
    Richard J. Doren, SBN 124666
     rdoren@gibsondunn.com

    Heather L. Richardson, SBN 246517
     hrichardson@gibsondunn.com

Attorneys for Defendants Aetna Life Insurance Company, et al.