DARON L. TOOCH (State Bar No. 137269)
KATHERINE M. DRU (State Bar No. 280231)
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
Telephone: (310) 551-8111
Facsimile: (310) 551-8181
E-Mail:   dtooch@health-law.com

Attorneys for Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC, NATIONAL AMBULATORY SURGERY CENTER, LLC, LOS ALTOS SURGERY CENTER, LP, FOREST SURGERY CENTER, LP and SOAR SURGERY CENTER, LLC



IT IS SO ORDERED

Judge Edward J. Davila

5/5/2014

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC; NATIONAL AMBULATORY SURGERY CENTER, LLC; LOS ALTOS SURGERY CENTER, LP; FOREST AMBULATORY SURGICAL ASSOCIATES, LP; SOAR SURGERY CENTER, LLC,<br><br>    Plaintiffs,<br><br>    vs.<br><br>AETNA LIFE INSURANCE COMPANY, *et al.*,<br><br>    Defendants. | CASE NO. 13-CV-05430 EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF VARIOUS DEFENDANTS**<br><br>Trial Date:           None Set |

13-CV-05430 EJD

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF VARIOUS DEFENDANTS**

1160588.1

1  PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),
2  Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC;
3  NATIONAL AMBULATORY SURGERY CENTER, LLC; LOS ALTOS SURGERY CENTER,
4  LP; FOREST AMBULATORY SURGICAL ASSOCIATES, LP; and SOAR SURGERY
5  CENTER, LLC, by and through its counsel, voluntarily dismisses with prejudice all causes of
6  action against ADP TOTALSOURCE, INC., ADP TOTALSOURCE, INC. HEALTH AND
7  WELFARE PLAN; AL-RAZAQ ENTERPRISES GROUP INCORPORATED, AVIDEX
8  INDUSTRIES, L.L.C., AVIDEX INDUSTRIES HEALTH AND WELFARE BENEFIT PLAN,
9  BARRACUDA NETWORKS, INC., BARRACUDA NETWORKS, INC. BENEFIT PLAN,
10 BLUE COAT SYSTEMS, INC., BLUE COST SYSTEMS, INC. FLEXIBLE BENEFIT PLAN,
11 BONHAMS & BUTTERFIELDS AUCTIONEERS CORPORATION, BUTTERFIELDS
12 CONSOLIDATED WELFARE PLAN, BRIDGE CAPITAL HOLDINGS, BRIDGE BANK, N.A.
13 EMPLOYEE BENEFIT PLAN, CADENCE DESIGN SYSTEMS, INC., CADENCE GROUP
14 LIFE, HEALTH AND DISABILITY PLAN, CANON ANELVA CORP, CEPHEID, CEPHEID
15 CONSOLIDATED WELFARE BENEFIT PLAN, CORDEVALLE, L.P., CORDEVALLE
16 WELFARE BENEFITS PLAN, DELL INC., DELL, INC., c/o NICKI HUSCHKA,
17 SONICWALL, INC. HEALTH & WELFARE BENEFIT PLAN, DURAN & VENEABLES,
18 INC., DYNAMIC DETAILS DESIGN, LLC, DYNAMIC DETAILS, INC. WELFARE BENEFIT
19 PLAN, ECHELON CORPORATION, ECHELON EMPLOYEE BENEFIT PLAN, EMULEX
20 CORPORATION, EMUFLEX – THE FLEXIBLE BENEFITS PROGRAM FOR EMULEX
21 EMPLOYEES, EMULEX – THE FLEXIBLE BENEFITS PROGRAM FOR EMULEX
22 EMPLOYEES, ENCORE INDUSTRIES, INC., ENCORE INDUSTRIES INC. EMPLOYEES
23 WELFARE BENEFIT PLAN, ERICSSON TELEVISION, INC., ERICSSON TELEVISION,
24 INC. EMPLOYEE BENEFIT PACKAGE, FARMERS INSURANCE COMPANY, INC., GCA
25 SERVICES GROUP, INC., GCA SERVICES GROUP HEALTH AND WELFARE PLAN,
26 HATHAWAY DINWIDDIE CONSTRUCTION COMPANY, HATHAWAY DINWIDDIE
27 GROUP MEDICAL AND DENTAL PLAN, HGST, INC., HITACHI GLOBAL
28 STORAGE/TECHNOLOGIES, INC. WELFARE BENEFIT PLAN, INFOTECH ENTERPRISES

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1160588.1

AMERICA, INC., INFOTECH ENTERPRISES AMERICA, INC. MEDICAL AND DENTAL PLAN, INNOVION CORPORATION, INNOVION CORP HEALTH PLAN, INTEVAC, INC., INTEVAC LIFE AND WELFARE PLAN, K.R. ANDERSON, INC., K.R. ANDERSON GROUP WELFARE PLAN, LIVEOPS, INC., LIVEOPS, INC. HEALTH AND WELFARE PLAN, LUMINEX CORPORATION, LVI SERVICES, INC., LVI SERVICES, INC. HEALTH BENEFIT PLAN, MICROSEMI CORPORATION, MICROSEMI GROUP BENEFITS PLAN, NATUS MEDICAL INCORPORATED, NATUS MEDICAL HEALTH AND WELFARE PLAN, NDS SURGICAL IMAGING LLC., NDS SURGICAL IMAGING, LLC WELFARE BENEFITS PLAN, OASIS OUTSOURCING HOLDINGS, INC., OASIS OUTSOURCING HOLDINGS, INC. EMPLOYEE WELFARE BENEFITS PLAN, OPTICOMP CORPORATION, PINNACLE BANK, PINNACLE BANK, PARAGON BENEFITS, POLE TO WIN AMERICA, INC., SEMTECH CORP., SEMTECH CORP GROUP MEDICAL AND DENTAL PLAN, SRI INTERNATIONAL, TELENAV, INC., TELENAV HEALTH AND WELFARE PLAN, TOLT, LLC, TOLT SERVICE GROUP, TOLT TECHNOLOGIES BENEFIT WELFARE PLAN, VITESSE SEMICONDUCTOR CORPORATION, WPG AMERICAS, INC, WPG AMERICAS HEALTH AND WELFARE PLAN, and ZETTA, INC., dba DELAWARE ZETTA in the above-captioned action.

DATED:  May 1, 2014                     HOOPER, LUNDY & BOOKMAN, P.C.


By:   */s/ Daron L. Tooch*
       DARON L. TOOCH
Attorneys for Plaintiffs BAY AREA SURGICAL GROUP, INC.; KNOWLES SURGERY CENTER, LLC, NATIONAL AMBULATORY SURGERY CENTER, LLC, LOS ALTOS SURGERY CENTER, LP, FOREST SURGERY CENTER, LP and SOAR SURGERY CENTER, LLC

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1160588.1

3                                    13-CV-05430 EJD
NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF VARIOUS DEFENDANTS