IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BAY AREA SURGICAL GROUP, INC., et. al., | CASE NO. 5:13-cv-05430 EJD |
| Plaintiff(s), | **ORDER RE: HEARING ON JUNE 6, 2014** |
| v. | |
| AETNA LIFE INSURANCE COMPANY, et. al., | |
| Defendant(s). | |

Presently pending within the above-entitled matter are a number of motions filed by various defendants, all of which are scheduled for a hearing on June 6, 2014. With regard to that hearing, the court orders as follows:

1. Having reviewed the papers filed by all parties for these matters, the court finds the motions to dismiss and to sever as well as the motion for sanctions and requests for joinder (Docket Item Nos. 255, 279, 326, 363, 387, 389, 459, 460, 558) each suitable for decision without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, these motions are SUBMITTED and the June 6th hearing VACATED as to those motions.

2. The only matter on which the court will hear argument at the June 6th hearing is Defendant Aetna Life Insurance Company's Motion to Stay (Docket Item No. 329). Counsel for that matter shall appear accordingly.

**IT IS SO ORDERED.**

Dated: June 4, 2014

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:13-cv-05430 EJD
ORDER RE: HEARING ON JUNE 6, 2014