IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BAY AREA SURGICAL GROUP, INC., et. al., | CASE NO. 5:13-cv-05430 EJD |
| Plaintiff(s), | **ORDER RE: ACCEPTANCE OF OFFER OF JUDGMENT** |
| v. | |
| AETNA LIFE INSURANCE COMPANY, et. al., | |
| Defendant(s). | |

Plaintiffs have accepted Defendant Toyota Motor Sales, U.S.A., Inc.'s Offer of Judgment pursuant to Federal Rule of Civil Procedure 68. See Docket Item No 699. Accordingly, Defendant Defendant Toyota Motor Sales, U.S.A., Inc. shall file a proposed judgment consistent with Plaintiffs' acceptance on or before **September 19, 2014.**

**IT IS SO ORDERED.**

Dated: September 11, 2014

EDWARD J. DAVILA
United States District Judge