Heather E. Gibson, Esq. (SBN 240938)
Law Offices of Nicolas Lezotte, P.C.
20398 Blauer Dr.
Saratoga, CA 95070
Tel:  408-359-1035
Fax: 408-359-1102
HGibson@GibsonHealth-Law.com

Attorneys for Bay Area Surgical Group, Inc.; Knowles Surgery Center, LLC; National Ambulatory Surgery Center, LLC; Los Altos Surgery Center, LP; Forest Ambulatory Surgical Associates, LP; Soar Surgery Center, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| BAY AREA SURGICAL GROUP, INC., ET AL., | CASE NO. 5:13-CV-05430-EJD |
|---|---|
| Plaintiffs, | **JOINT STATUS REPORT** |
| v. | Judge:         Hon. Edward J. Davila |
| AETNA LIFE INSURANCE COMPANY, ET AL., | Trial Date:   None Set |
| Defendants. | |

JOINT STATUS REPORT

Pursuant to this Court's June 17, 2014 Order, the Parties herby submit the following Joint Status Report apprising the Court of the status of the state court action:

1. The State Action (*Aetna Life Insurance Company v. Bay Area Surgical Group, Inc., et al.*, Case No. 112-CV-217943) is continuing to proceed, and was previously set for trial on October 05, 2015 in the California Superior Court for the County of Santa Clara (the "State Court").

2. On June 12, 2015, the trial in the State Action was continued to March 14, 2016, based on a motion to continue that was filed by counsel for Aetna Life Insurance Company ("Aetna") on May 18, 2015.

Dated: June 30, 2015

Law Offices of Nicolas Lezotte, P.C.

By: /S/
Heather E. Gibson, Esq.,
Attorneys for Plaintiffs, BAY AREA SURGICAL GROUP, INC., et al.

Dated: June __, 2015

GIBSON, DUNN & CRUTCHER LLP

By: /S/
Heather L. Richardson
Attorneys for Aetna Life Insurance Company and ERISA Plan Defendants identified in Exhibit A