UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BAY AREA SURGICAL GROUP INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>AETNA LIFE INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 5:13-cv-05430-EJD<br><br>**ORDER RE: STATUS REPORT**<br><br>Re: Dkt. No. 728 |

Having reviewed the Joint Status Report filed on April 22, 2016 (Dkt. No. 728), the court has determined the stay of this action imposed on June 17, 2014, should remain in effect at this time.

Accordingly, Plaintiffs' request to lift the stay is DENIED, and this action shall remain STAYED during the pendency of post-judgment proceedings in state court. As before, the parties shall submit a brief Joint Status Report every three months. Furthermore, within 10 days of either (1) a resolution of the state court action through settlement or other informal means, or (2) a final ruling on all post-trial motions by the state court, the parties shall file a joint notice informing the court of such development.

**IT IS SO ORDERED.**

Dated: May 3, 2016



EDWARD J. DAVILA
United States District Judge